# 06CRIM.1017

## REQUEST FOR COURT ACTION / DIRECTION

TO:    James Molinelli
           Clerk's Office

OFFENSE: Poss. Of Firearm following a Misd. Domestic Violence Conviction - 18 USC 922

ORIGINAL SENTENCE: Thirty Seven (37) months imprisonment, Seventy Two (72) months supervised release, $300 special assessment

SPEC. CONDITIONS: Deft. refrain from alcohol from the use of alcohol and intoxicants during and after treatment. Deft. perform 200hrs. community service

RE:    **Chugunov, Daniel**
          Docket # 2 :02-109-01
          (D/VT)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
NOV 0 2 2006

DATE OF SENTENCE: 11/06/03

DATE:    October 31, 2006

ATTACHMENTS:    PSI <u>X</u>    JUDGMENT <u>X</u>    PREVIOUS REPORTS VIOLATION  PETITION

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION __X__

---

## REQUEST FOR ASSIGNMENT OF DISTRICT COURT JUDGE

This offender was sentenced in the District of Vermont on 11/06/03 as outlined above. He was released from custody on March 29, 2006 to commence his Supervised Release term. On September 28, 2006, the District of Vermont initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Attached please find Probation Form 22 signed on September 22, 2006 by the Honorable William K. Sessions III, Chief U.S. District Judge authorizing the transfer of this case to the Southern District of New York.

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Prob. 22), be endorsed and returned to our office.

Respectfully Submitted:
Chris J. Stanton
Chief U.S. Probation Officer

By: _Pamella F. Harris_
Pamella F. Harris
Sr. U.S. Probation Officer
(212) 805- 5061

Approved by: _Bernard Ray_ 10/31/06
Bernard Ray                    Date
Supervising U.S. Probation Officer