USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

Petition for Summons
with Attached Request for
Court Action Direction Detailing Probable Cause

Offender: Chugunov, Daniel          *William Sessions*          Docket Number: 06 CR 1017

Sentencing Judge: Honorable RICHARD M. BERMAN, U.S. District Judge

Date of Original Sentence:   November 7, 2003

Original Offense:   Possession of a Firearm following a Misdemeanor Domestic Violence conviction, in violation of 18 U.S.C. 922(g)(9); Possession with Intent to Distribute Cocaine within 1000 feet of a Private College, in violation of 21 U.S.C. 841(a)(1); 860 and False Statements to a Federally Licensed Firearms Dealer, in violation of 18 U.S.C. 922(a)(6); 924(a)(2).

Original Sentence:   Thirty-seven (37) months' imprisonment followed by six (6) years supervised release.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   April 14, 2006

## PETITIONING THE COURT TO ISSUE A SUMMONS

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | ON OR ABOUT ON OCTOBER 6, 2006, IN NEW YORK COUNTY THE RELEASEE COMMITTED A LOCAL CRIME, MENACING IN VIOLATION OF NEW YORK PENAL LAW 120.14 A CLASS A MISDEMEANOR, IN THAT HE GOT INTO A FIGHT WITH THE PERSONNEL OF A NIGHTCLUB WHEN DENIED ADMISSION TO THE CLUB. MANDATED CONDITION, GRADE C VIOLATION. |
| 2 | ON OR ABOUT OCTOBER 6, 2006 IN NEW YORK COUNTY THE RELEASEE COMMITTED A LOCAL CRIME, CRIMINAL POSSESSION OF A WEAPON 4TH DEGREE IN VIOLATION OF NEW YORK PENAL LAW 265.01 A CLASS A MISDEMEANOR, IN THAT THE RELEASEE WAS CHARGED WITH POSSESSION OF A WEAPON. MANDATED CONDITION, GRADE C VIOLATION |

− / Returned to chambers for scanning on 11-17-06

Scanned by chambers on _____

(Rev. eVOP 3/10/05)

3    ON OR ABOUT NOVEMBER 5, 2006 IN NEW YORK COUNTY THE RELEASEE COMMITTED A LOCAL CRIME, OF ASSAULT WITH INTENT TO CAUSE SERIOUS PHYSICAL INJURY IN VIOLATION OF NEW YORK PENAL LAW 120.05 A CLASS D FELONY, IN THAT HE GOT INTO A FIGHT WITH ANOTHER INDIVIDUAL AND INTENDED TO CAUSE BODILY HARM.. MANDATED CONDITION, GRADE C VIOLATION.

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

PAMELLA F. HARRIS
SR. U.S. Probation Officer
212 805-5061

Approved By:

_____ 11/8/06
BERNARD RAY    Date
Supervising U.S. Probation Officer

(Rev. eVOP 3/10/05)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ✓ ] The Issuance of a Summons

        The Offender is directed to appear as follows:

        Date: **11/22/06**
        Time: **10:00**
        Place: **500 Pearl St.**

[ ] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

*If there are any other problems, Probation should immediately request a warrant. Defendant + counsel + correct sentencing information on p1 (above). (Probation to) Notify*

RMB
Signature of Judicial Officer

11/13/06
Date

—3—

(Rev. eVOP 3/10/05)