**BARRY GENE RHODES**
**16 COURT STREET**
**SUITE 1004**
**BROOKLYN, NEW YORK 11241**
(718-624-3784)
(telefax: 718-797-2718)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

June 11, 2008

Hon. Richard M. Berman
Judge
United States District Court
500 Pearl Street
New York, NY 10007
(Via telefax: 212-805-6717)

**MEMO ENDORSED**

Re: United States v. Daniel Chugunov
06 CR 1017

Dear Judge Berman:

    I am writing to request an adjournment of this case, now on Your Honor's calendar for Monday, June 16, at 11:45.
    This matter is an alleged violation of Supervised Release. The single act of misconduct is a pending case in the Criminal Court of the City of New York charging the respondent with the misdemeanor of driving while intoxicated.
    The state court case was recently adjourned to July 30, 2008, on which date it is scheduled for trial.
    The way this local case is resolved will likely affect Your Honor's view of just how to continue the defendant's supervision. Accordingly, the Court may wish to see the defendant in late summer when we will know the outcome rather than on June 16 when we will not. United States Probation and the Government expressly consent to the requested adjournment.

Respectfully yours,

[signature]

BARRY GENE RHODES

BGR:ck
cc: AUSA Ariana Berg
USPO Pamela Harris

Conference is adjourned to 8-20-08 at 10:00 a.m. Probation is directed to provide the Court with a written status report by 8-13-08.

SO ORDERED:
Date: 6-12-08
[signature] Richard M. Berman, U.S.D.J.