# BARRY GENE RHODES
*Attorney at Law*

11 PENN PLAZA CENTER, 5TH FLOOR
NEW YORK, NY 10001
TELEPHONE: 212-946-2816
FACSIMILE: 212-946-2808

February 26, 2009

Hon. Richard M. Berman
Judge
United States District Court
500 Pearl Street
New York, NY 10007
(Via telefax: 212-805-6717)

RECEIVED FEB 26 2009 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Re: <u>United States v. Daniel Chugunov</u>
06 CR 1017

Dear Judge Berman:

I am writing to request an adjournment of this case, now on Your Honor's calendar for Monday, March 9. With certainty I will still be on trial in the Eastern District, before Judge Gleeson, that day.

The instant matter is an alleged violation of Supervised Release. The Probation Officer has been advised that this request was going to be made and she requests any date convenient to the Court in April, but she would especially appreciate it were the case set for April 7, shortly before or after 12:45, as she has another matter before Your Honor at that day and time. April 7 is an excellent day for me as well.

I have not yet heard from the government; the assigned assistant is on leave. When her substitute contacts me, if there is any objection to this application, I will immediately notify chambers.

Respectfully yours,

BARRY GENE RHODES

BGR:ck

cc: AUSA Ariana Berg
    USPO Pamela Harris

Conference is adjourned to 3-16-09 at 10:30 am.

SO ORDERED:
Date: 3-2-09
Richard M. Berman, U.S.D.J.